Stacy Elizabeth LEE, Plaintiff–
Appellant,

v.

MARYLAND DEPARTMENT OF PUB-
LIC SAFETY AND CORRECTIONAL
SERVICES, Defendant–Appellee,

and

William Smith; Quinnie Matthews; Sol-
omon Hejerika; Anthony Osandu;
Sergeant Keenan, Patuxent Institu-
tion; Stuart O. Sims, Secretary, Divi-
sion of Corrections, Department of
Public Safety and Transportation,
State of Maryland, Defendants.

No. 01–1374.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided June 28, 2001.

Stacy Elizabeth Lee, pro se. Scott
Sheldon Oakley, Office of the Attorney
General of Maryland, Baltimore, MD, for
appellee.

Before WIDENER and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

PER CURIAM.

Stacy Elizabeth Lee appeals the district
court's order granting in part and denying
in part the Defendant's motion for sum-
mary judgment. We dismiss the appeal
for lack of jurisdiction because the order is
not appealable. This court may exercise
jurisdiction only over final orders, 28
U.S.C. § 1291 (1994), and certain interloc-
utory and collateral orders, 28 U.S.C.
§ 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen
v. Beneficial Indus. Loan Corp.,* 337 U.S.
541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949).
The order here appealed is neither a final
order nor an appealable interlocutory or
collateral order.

We dismiss the appeal as interlocutory.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*